IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>TEN THOUSAND INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-11792 |

## NOTICE OF SETTLEMENT

Plaintiff Arnold Vargas, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant Ten Thousand, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty (30) days.

Dated: January 20, 2021	BLOCK & LEVITON LLP

By:   */s/ Jason Leviton*
Jason M. Leviton, Esq.
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
jason@blockleviton.com


*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 20th day of January, 2021.

*/s/ Jason M. Leviton*
Jason M. Leviton
